AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DARIUS VONTRELL COBB,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 119-135
(Formerly CR 116-058)

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated July 22, 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, Petitioner's motion filed pursuant to 28 U.S.C. § 2255 is hereby DENIED. Additionally, Petitioner is DENIED a certificate of appealability and is not entitled to appeal in forma pauperis. Judgment is hereby entered in favor of Respondent. This case stands CLOSED.



07/22/2020  
*Date*

John E. Triplett, Acting Clerk  
*Clerk*

*Jamie Hodge*

(By) Deputy Clerk

GAS Rev 10/1/03